PD-0151-15

Trial Court Cause No.
11994740
Court of Appeal No.
08-11-00317-CR

State of Texas          §    In The District Court of
                        §       372nd Judicial Court
        vs.             §
                        §    Tarrant County, Texas
Johnny Green Jr.        §

Motion To Waive Number of Copies
According To Texas Rules of Appellate
Procedure Rule 9.3

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

Now comes, Johnny Green Jr., Pro Se Defendant in the above styled and numbered cause and requested the court to waive the number of copies According To Texas Rules of Appellate Procedure Rule 9.3. Due to the fact of not having access to a copie machine.

Wherefore, Premisis considered Johnny Green Jr. Respectfully prays that this court grants this request.

FILED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

Respectfully Submitted

Johnny Green Jr. #1738876
Pro Se, Defendant
Mark Stiles
3060 FM 3514
Beaumont, Texas 77705